COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: SHANNON MARK DOUTHIT, | § | No. 08-11-00379-CR |
|  | § | ORIGINAL PROCEEDING |
| RELATOR. |  | ON PETITION FOR WRIT OF |
|  | § | MANDAMUS |

**MEMORANDUM  OPINION**

Relator Shannon Douthit, *pro se*, has filed a petition for writ of mandamus requesting that this Court compel the presiding judge of the 394th Judicial District Court of Presidio County Texas, to consider and grant his application for writ of habeas corpus pursuant to Texas Code of Criminal Procedure Article 11.07.

Relief by writ of mandamus is appropriate in instances where the relator demonstrates there is no adequate remedy at law available to correct the alleged harm, and that the action sought is not discretionary. *See Simon v. Levario*, 306 S.W.3d 318, 320 (Tex.Crim.App. 2009)(orig. proceeding). Based on the record before us, Relator has not demonstrated he is entitled to mandamus relief. *See* TEX.R.APP.P. 52.3. Accordingly, the petition is DENIED.


January 18, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.

(Do Not Publish)